AO 91, Rev. 11/82 (K/NEWTON Authorizing) **CRIMINAL COMPLAINT** # 17-105

| United States District Court | DISTRICT<br>Eastern District of Pennsylvania |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Ralph Mayrant | DOCKET NO.<br>17-1406<br>MAGISTRATE'S CASE NO. |

Complaint for violations of Title 18, United States Code § 922(g)(1)

| NAME OF JUDGE OR MAGISTRATE<br>Honorable RICHARD A. LLORET | OFFICIAL TITLE<br>U.S. Magistrate Judge | LOCATION<br>Philadelphia, PA |
|---|---|---|
| DATE OF OFFENSE<br>December 5, 2014 | PLACE OF OFFENSE<br>Philadelphia, PA | ADDRESS OF ACCUSED (if known) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about July 19, 2016, in the Eastern District of Pennsylvania, defendant Ralph Mayrant, knowingly possessed a firearm in and affecting interstate and foreign commerce, after having been convicted of a crime in a court of the Commonwealth of Pennsylvania, punishable by a term of imprisonment exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

SEE AFFIDAVIT ATTACHED HERETO.

MATERIAL WITNESSES IN RELATION AGAINST THE ACCUSED:

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

SIGNATURE OF COMPLAINANT (official title)
Joseph Milligan

OFFICIAL TITLE
Special Agent, Federal Bureau of Investigation

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE (1)
Honorable RICHARD A. LLORET, United States Magistrate Judge

DATE
10/19/2017

1) See Federal Rules of Criminal Procedure rules 3 and 54.

## AFFIDAVIT

Joseph Milligan, a, Special Agent with the Federal Bureau of Investigation, being duly sworn, deposes and states:

### INTRODUCTION

1. I have probable cause to believe that, on or about July 19, 2016, RALPH MAYRANT possessed a firearm after having been convicted of a felony crime, in violation of Title 18, United States Code, Section 922(g)(1).

### AGENT BACKGROUND

2. I am a federal law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request an arrest warrant. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since January 19, 1999. I have participated in investigations of, and conducted investigations of, violations of various state and federal criminal laws, all in violation of Title 18 of United States Code.

3. These investigations have resulted in arrests of individuals who have committed federal crimes.

4. Through my training and experience, I know that under Title 18, United States Code, Section 922(g)(1), an individual who previously has been convicted of a felony, which is a crime punishable by more than one year in prison, is prohibited from possessing a firearm.

5. I am familiar with the facts contained in this affidavit as I have spoken to other law enforcement officers concerning their investigation into criminal activities

1

associated with this investigation. The following paragraphs contain information known by me and information obtained from Special Agents with the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF"), and Radnor Township, Delaware County, Police Officers and City of Chester, Delaware County, Police Officers. I have included only enough facts in this affidavit to establish probable cause.

### Details of Investigation

6. In 2016, Delaware County and Montgomery County law enforcement officers were conducting an investigation into a burglary ring in which RALPH MAYRANT and others were believed to be participating.

7. On the morning of July 19, 2016, police officers from the City of Chester and Radnor Township, Delaware County, Pennsylvania executed a search warrant at 332 Norris Drive, Chester, Delaware County, Pennsylvania. At the time of the execution of the search warrant, MAYRANT was found alone in the residence at the top of the steps from the first to second floor, near the sole bedroom, and only furnished room on the second floor of the residence.

8. Among items recovered pursuant to the execution of that search warrant from the bedroom near which MAYRANT was found were:

    (a) a black Glock GMBH, Model 23, 40 caliber pistol, serial numberMRB449, loaded with 13 rounds of ammunition (1 round in the chamber and 12 rounds in the magazine);

    (b) a black Mossberg, Model 500, 12 caliber shotgun, serial number T717231;

    (c) mail addressed to Ralph Mayrant at 332 Norris Dive, Chester, PA.

9. A firearms trace was requested from ATF for the Glock pistol. The trace, completed on July 22, 2016, revealed that the gun had been purchased on October 11, 2008 by C.S., a resident of Cincinnati, Ohio, who was not present at the residence at 332 Norris Drive, Chester, Pennsylvania at the time that the firearm was recovered from the bedroom near which RALPH MAYRANT was found.

10. A firearms trace was requested from ATF for the Mossberg shotgun. The trace, completed on July 25, 2016, revealed that the gun had been shipped to a dealer, Big Johns Guns LLC, located at 195 Whispering Lane, Montoursville, Pennsylvania, on August 13, 2010.

11. I learned from ATF Special Agent Steven J. Rhoads, who is an expert in firearms and the interstate nexus of firearms, that:

(a) the aforementioned handgun (Glock GMBH Model 23, 40 caliber pistol, serial no. MEB449) is in fact a firearm, as defined under Title 18, United States Code, Section 921(a)(3), as this handgun is a weapon designed to expel a projectile by the action of an explosive and was manufactured outside the Commonwealth of Pennsylvania; and

(b) the aforementioned shotgun (Mossberg Model 500, 12 caliber shotgun, serial no. T717231) is in fact a firearm, as defined under Title 18, United States Code, Section 921(a)(3), as this shotgun is a weapon designed to expel a projectile by the action of an explosive and was manufactured outside the Commonwealth of Pennsylvania.

12. I know that RALPH MAYRANT was arrested by the Philadelphia Police Department on April 19, 1997 on charges of murder and firearms offenses, No. CP-51-CR-0409571-1997, and subsequently was found guilty of murder and possessing an instrument of crime. On July 7, 1998, MAYRANT received a sentence of 5 to 10 years incarceration on the murder conviction days and 6 to 12 months incarceration on the firearms.

13. I know that RALPH MAYRANT was arrested by the Philadelphia Police Department on November 18, 2009 on drug charges, No. CP-51-CR-0005669-2010, and subsequently entered a guilty plea to a charge of manufacturing, delivering, or possessing with intent to manufacture or deliver, a controlled substance. On October 28, 2010, MAYRANT received a sentence of 2 ½ to 5 years incarceration for that offense.

14. Based on the foregoing information, I have probable cause to believe that, on or about July 19, 2016, RALPH MAYRANT possessed a firearm after having been convicted of a felony crime, in violation of Title 18, United States Code, Section 922(g)(1), within the Eastern District of Pennsylvania.

Joseph Milligan, Special Agent
Federal Bureau of Investigation

Sworn to before me this
17 day of October, 2017

HONORABLE RICHARD A. LLORET
UNITED STATES MAGISTRATE JUDGE